```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 25, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANASTASIOS XENOS, individually and on
behalf of all others similarly-situated,

                      Plaintiff,

                      -v-                            14-cv-9205 (KBF)

THREE TWENTY FIVE RESTAURANT          ORDER
CORP., d/b/a DAFNI GREEK TAVERNA, and
GEORGE ANDRIOTIS, in his individual and
professional capacities,

                      Defendants.
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

       On DATE, the parties informed the Court that they reached a settlement in principle. In light of that representation, it is hereby ORDERED that:

    1.    The parties shall, not later than **April 22, 2015**, submit any materials in support of the fairness their settlement, including at least:

        a.    An executed copy of the proposed settlement; and

        b.    A breakdown of what portion of that settlement will go toward attorneys fees and the basis for those fees.

    2.    All other dates and deadlines are adjourned. SO ORDERED.

Dated:    New York, New York
             March 25, 2015

                                              _____
                                                 KATHERINE B. FORREST
                                                 United States District Judge